IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 13-690 (SLR) |

**DEFENDANT'S MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant SAP America, Inc. ("SAP") hereby moves to dismiss Plaintiff Data Speed Technology LLC ("Data Speed")'s Complaint for Patent Infringement for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1). Data Speed lacks standing to bring and maintain its infringement suit against SAP for the reasons stated in the Defendants' Motions to Dismiss in *Data Speed Technology LLC v. Cisco Systems, Inc.*, C.A. No. 1:13-cv-615-SLR, *Data Speed Technology LLC v. EMC Corporation*, C.A. No. 1:13-cv-616-SLR, *Data Speed Technology LLC v. Hewlett-Packard Company*, C.A. No. 1:13-cv-617-SLR, *Data Speed Technology LLC v. Microsoft Corporation*, C.A. No. 1:13-cv-620-SLR, *Data Speed Technology LLC v. Oracle Corporation*, C.A. No. 1:13-cv-622-SLR, filed on June 5, 2013, and in *Data Speed Technology LLC v. Xerox Corporation*, C.A. No. 1:13-cv-624-SLR, filed on June 6, 2013. These motions are hereby incorporated by reference. Accordingly, the Complaint should be dismissed with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorney for SAP America, Inc.*

OF COUNSEL:

David J. Ball
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047

Warren A. Stramiello
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

June 10, 2013
7278552.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 10, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire — *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire — *VIA ELECTRONIC MAIL*
Alexander C.D. Giza, Esquire
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
*Attorneys for Plaintiff*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)