**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SAP AMERICA, INC.,<br><br>          Defendant. | C.A. No. 13-690-SLR |

**JOINT STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE**

Plaintiff Data Speed Technology LLC and Defendant SAP America, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims brought by Data Speed Technology LLC in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 26, 2013

| | |
|---|---|
| BAYARD, P.A.<br><br>  /s/ Stephen B. Brauerman<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Data Speed Technology LLC* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  /s/  Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendant SAP America, Inc.* |

**IT IS SO ORDERED** this _____ day of _____, 2013.

_____
United States District Judge